**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-7494**

———————

HERBERT ALONZO ROBINSON,

Plaintiff - Appellant,

versus

SUSAN GUNNELS; NURSE COFFEY,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of South Carolina, at Charleston. Joseph F. Anderson, Jr., District Judge. (CA-96-2090-2-17AJ)

———————

Submitted: December 12, 1996     Decided: December 19, 1996

———————

Before MURNAGHAN, NIEMEYER, and LUTTIG, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Herbert Alonzo Robinson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Robinson v. Gunnels</u>, No. CA-96-2090-2-17AJ (D.S.C. Sept. 4, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>